UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES CONTANT

   Plaintiff,

-vs-

CITIBANK, N.A.,                               CASE NO.: 6:18-cv-00868-RBD-GJK

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COME NOW the Plaintiff, CHARLES CONANT by and through their undersigned attorneys, hereby file this Notice of Voluntary Dismissal Without Prejudice of the captioned matter. Plaintiff intends on further pursuing his claims before the American Arbitration Association pursuant to an arbitration agreement contained within the terms and conditions of the applicable credit card agreement.

                                                 */s/ Shaughn C. Hill*
                                                 Shaughn C. Hill, Esq.
                                                 Florida Bar No. 105998
                                                 Morgan & Morgan, Tampa, P.A.
                                                 201 N. Franklin Street, Suite 700
                                                 Tampa, FL 33602
                                                 Telephone: (813) 223-5505
                                                 Facsimile: (813) 223-5402
                                                 SHill@ForThePeople.com
                                                 *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of July, 2018, the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via electronic mail to all parties of record.

                                              */s/ Shaughn C. Hill*  
                                              Shaughn C. Hill, Esq.  
                                              Florida Bar No. 105998