UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES CONANT,

    Plaintiff,

v.                                      Case No:   6:18-cv-868-Orl-37GJK

CITIBANK, N.A.,

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. 8) filed July 12, 2018.  No answer has been filed.  Accordingly, it is

**ORDERED** that this case is hereby **DISMISSED** without prejudice.  The Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 16, 2018.

ROY B. DALTON JR.
United States District Judge

Copies:        Counsel of Record